# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JASMINE CHATMAN, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>INTERSTATE RECOVERY SERVICE N.C. INC., and WILLIAM J. STEMPLE )<br><br>Defendants. ) | Case No. 19-CV-07222<br><br>Hon. John J. Tharp Jr.<br>Magistrate Judge Jeffrey Cole |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) (1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against all Defendants shall be dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

Dated: March 13, 2020

Respectfully submitted,

/s/ Michael Drew

Michael W. Drew, Lead Attorney
Neighborhood Legal, LLC
20 N. Clark St. #3300
Chicago, IL 60602
312-967-7220
mwd@neighborhood-legal.com

## **CERTIFICATE OF SERVICE**

      I, Michael Drew, an attorney, hereby certify that on March 13, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 13, 2020**                                                                                  Respectfully submitted,

                                                                                                  By: /s/ Michael Drew